# Court of Appeals
# of the State of Georgia

ATLANTA,    April 26, 2012

*The Court of Appeals hereby passes the following order:*

## A12I0197.  CITIFINANCIAL SERVICES, INC. v. NANCY ANN VARNER, et al.

Nancy Ann Varner sued Ronald and Rachel Burris for equitable partition and sale of land.  Citifinancial Services, Inc. intervened in the action, asserting that it has a lien on the property under the doctrine of equitable subrogation.  After the trial court denied Citifinancial's motion for summary judgment, it applied to this Court for an interlocutory appeal.  Equitable partition actions, however, fall within the Supreme Court's title to land jurisdiction.  See *Ononye v. Ezeofor*, 287 Ga. 201 (1) (695 SE2d 234) (2010).  Accordingly, this application is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 04/26/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*